# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158585 & (23)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHRIS LENELL DAVIS,
    Defendant-Appellant.

SC: 158585
COA: 343687
Oakland CC: 2000-174197-FC

_____/

On order of the Court, the motion to supplement is GRANTED. The application for leave to appeal the September 19, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for an evidentiary hearing is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



Clerk

t0624